David M. Crosby, Esq.
Nevada Bar #3499
CROSBY & ASSOCIATES
711 South Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 382-2600
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

In the matter of:

ELIZABETH R. SOBCZAK

             Debtor(s).

Case No: BK-10-23759-LBR
Chapter 13

Date: 12-9-10
Time: 3:05 p.m.
Rick A. Yarnall

**MOTION TO VALUE DEBTORS' NON-PRINCIPAL RESIDENCE REAL PROPERTY, AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME, AND TO MODIFY THE RIGHTS OF PARTIALLY SECURED LIENHOLDER(S) AND OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY**

Comes Now Debtor, Elizabeth R. Sobczak, by and through her legal counsel, David M. Crosby, Esq., of the law firm Crosby & Associates, who respectfully moves this Court to value Debtors' non-principal residence, determine the junior lien of U.S. Bank National Association to be wholly unsecured and the first lien of U.S. National Association to be partially unsecured, to avoid said wholly unsecured liens and to modify the rights of said creditors accordingly including determining the claims pursuant to any proof(s) of claim which such lienholders may have filed to be unsecured where there is insufficient equity in the residence to secure more than the first lien.

This Motion is brought pursuant to 11 U.S.C. §502(a), §506(a), §1322(b)(2), and Bankruptcy Rules 3012 and 9014, the Points and Authorities set forth below and all documents and pleadings on file herein.

F:\Bankruptcy\Katthia's lien strip\SOBCZAK cramdown MtntoAvoidLienofWhollyUnsecuredCreditor.Rental.wpd

Dated this _____ day of November, 2010.

CROSBY & ASSOCIATES

By: _____
David M. Crosby, Esq.
Attorney For Debtors

- - - - - - - - - - - -

## POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

1. Debtor filed a Chapter 13 petition in United States Bankruptcy Court, District of Nevada on July 22, 2010.

2. On the date of the petition, Debtor was the owner of real property used as rental property known and described as 5401 Tassara Way #105, Las Vegas, NV 89108 legally described as set forth on the Grant Bargain Sale Deed set forth and attached herein as (Exhibit "1").

APN: 138-13-810-023

3. The value of said real property at the time Debtors' Chapter 13 Petition was filed was $55,000.00 as set forth more particularly in an internet appraisal of subject property (Exhibit "2").

4. Said property at the time of filing was subject to the following liens allegedly evidenced by Promissory Notes and Deeds of Trust:

| | |
|---|---|
| First Mortgage:    (Exhibit "3")<br>U.S. Bank National Association<br>c/o Wells Fargo Bank, N.A.<br>as servicer for<br>One Home Campus<br>MAC ID#X2302-04C<br>Des Moines, IA 50328<br>Loan # xxxxxx3846 | $ 165,863.12 |
| Junior Mortgage:    (Exhibit "4")<br>U.S. Bank National Association.<br>c/o Nationstar Mortgage<br>P.O. Box 829009<br>Dallas, TX 75382-9009<br>Loan # xxxxxx3159 | $ 14,461.14 |

5.    As of the date Debtors' Chapter 13 Petition was filed no equity existed in said property above the amount of the appraisal value of $55,000.00 thereby leaving the junior loan to U.S. Bank National Association as wholly unsecured and the first loan to U.S. Bank National Association as partially secured to the extent of the value of the property. If said property were foreclosed or otherwise sold at auction on the date of the petition, there would be insufficient proceeds to pay anything to U.S. Bank National Association on the junior loan and only partial payment to U.S. Bank National Association on the first loan.

6.    Debtor declares that the entire junior claim of U.S. Bank National Association is unsecured and the first claim of U.S. Bank National Association is only partially secured such that all such unsecured debt should be reclassified as unsecured to share pro rata with other general unsecured creditors through the debtors' Chapter 13 plan with any proof(s) of claim filed by it modified accordingly to document the claim as unsecured, and that the junior lien filed by U.S. Bank National Association as identified above encumbering subject property be properly avoided by Order of this Court and the lien of U.S. Bank National Association on the first loan be modified accordingly by order of the Court.

II.

## LEGAL ARGUMENT

**A.    The Restrictions of 11 U.S.C. § 1322(b)(2) Do Not Apply to Real Property Which is Not Debtor's Principal Residence.**

11 U.S.C. §1322(b)(2) does not apply to this property as it is not Debtors' principal residence. That section provides:

> (b) Subject to subsections (a) and (c) of this section, the plan may—
>
> * * * * *
>
> (2) modify the rights of holders of secured claims, other than a claim secured only by a security interest that is secured by an interest in real property that is the debtor's principal residence, .....

**B.    The Claims by Lienholders May be Bifurcated into Secured and Unsecured Claims Pursuant to 11 U.S.C. §506(a).**

11 U.S.C. § 506(a)(1) provides in pertinent part:

> (a)(1) An allowed claim of a creditor secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

In re Zimmer, 313 F.3d 1220, 1221 (9th Cir.2002), accepted what was the majority view in the various circuits, that a, wholly unsecured lienholder is not entitled to the protection of 11 U.S.C. §1322(b)(2). The Court stated that a wholly unsecured lienholder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C. §506(a).

**C.     Any Proof of Claim Filed by Named Lienholders Should be Conformed by Order of This Court to any Modification of Their Rights Determined by This Court.**

11 U.S.C. §502 provides that a claim of interest represented by proper Proof of Claim filed pursuant to section 501 is deemed allowed unless objected to. Debtors herewith objects to any and all Proof(s) of Claim which may have been filed by U.S. Bank National Association, relative to their loans and request that any Proof(s) of Claim of same representing such claims be modified accordingly to unsecured claims consistent with the Order of this Court determining their claims to be wholly unsecured in the case of the junior lien and only partially secured in the case of the first lien.

## III.
## CONCLUSION

Debtors respectfully request determination of value of Debtors' non-primary residence real property to be less than the amount of the first lien and argue that since the junior claim is wholly unsecured, it may be completely avoided and "stripped off" pursuant to 11 U.S.C. §506(a) and that the first claim of U.S. Bank National Association may be modified, stripped down and reduced to the actual value of the property; that the said claims be reclassified as general unsecured claims to be paid pro rata with other general unsecured creditors through the debtors' Chapter 13 plan; that any Proof of Claim of the lienholders be modified consistent with the actual value of the property.

WHEREFORE, Debtors pray that this Court:

1.     Determine the value of Debtors' non-principal residence to be $55,000.00 or such other amount as the evidence may justify as of the date of the Petition; and

2.     Avoid and extinguish the junior lien of U.S. Bank National Association as wholly unsecured lien pursuant to 11 U.S.C. Section 506(a) upon completion of the Debtor's Chapter 13 plan; and

3.     Modify the first lien of U.S. Bank National Association as secured only to the extent of the actual value of the property as of the date of the Petition to be paid through the Chapter 13 Plan; and

4. Reclassify the junior claim of U.S. Bank National Association and the non-secured portion of U.S. Bank National Association's claim as a general unsecured claims to be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 plan; and

5. Conform any Proof(s) of Claim filed by the claim of U.S. Bank National Association to the secured/unsecured status of said claims as determined by this Court; and

6. Order such other relief as the Court may deem appropriate.

Dated this _____ day of November, 2010.

Respectfully Submitted:

CROSBY & ASSOCIATES

By: _____
David M. Crosby, Esq.
Attorney for Debtors

20070209-0001364

Fee: $16.00   RPTT: $1,071.00
N/C Fee: $25.00

02/09/2007   09:54:38
T20070024293
Requestor:
FIDELITY NATIONAL TITLE
Debbie Conway   CDO
Clark County Recorder   Pgs: 4

RECORDING REQUESTED BY:
Fidelity National Title Agency of Nevada
Escrow No. 07-192825-TH
Title Order No. 00192825

When Recorded Mail Document
and Tax Statement To:
Mr. and Mrs. Elizabeth Rae Sobczak
5401 Tassara Way #105
Las Vegas, NV 89108

RPTT: 1,071.00
APN: 138-13-810-023

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That **William P. Schwider a widower**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, do(es) hereby Grant, Bargain, Sell and

Convey to **Elizabeth Rae Sobczak a single woman**

all that real property situated in the Clark County, State of Nevada, bounded and described as follows:

SEE EXHIBIT ONE ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT TO:  1.  Taxes for the fiscal year 2006-07
             2.  Covenants, Conditions, Reservations, Rights, Rights of Way and Easements now of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: January 18, 2007

STATE OF NEVADA
COUNTY OF _Clark_

This instrument was acknowledged before me
on _January 18, 2007_
by _William P Schwider_

Signature _____
My Commission Expires: _9-17-09_   Notary Public

William P. Schwider



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TAMMY D. PINEYRO
Appt. No. 97-4796-1
My Appt. Expires Sept. 17, 2009

NV (Rev 6/03)   GRANT DEED

exh 1

Order No. 07-19-192825-TH

# EXHIBIT "ONE"

Parcel One (1):

A undivided 1/6 interest as tenant in common in and to Lot 4 of Smoke Ranch Villas Condominiums as shown by map thereof on file in Book 59 of Plats, Page 19, and amended by that certain Certificate of Amendment recorded May 18, 1994 in Book 940518 as Document No. 00981 and re-recorded March 22, 1994 in Book 940322 as Document No. 00378, as the same may be amended and/or supplemented, of Official Records. And Amended Final Map of a Portion of Smoke Ranch Villas Condominiums as shown by map thereof on file in BOok 74 of Plats at Page 77, all in the office of the County Recorder of Clark County, Nevada.

Excepting Therefrom the Following:

All Units in all Lots as shown on the Condominiums plat referred to above.

And Reserving Therefrom the right to possession of all those areas designated as Limited Common Areas as shown upon the Condominium Plat referred to above, and as set forth in the Declaration of Covenants, Conditions and Restrictions recorded February 18, 1994, in Book 940218 as Document No. 00378, and re-recorded March 22, 1994 in Book 940322 as Document No. 378 as the same may be amended and/or supplemented, of Official Records.

And Further Reserving Therefrom for the benefit of owners in future development, non-exclusive easements on, over and under the Common Area as defined and shown upon the Condominiums Plan referred to above for ingress, egress and recreational use, subject to the terms and as more particularly set forth in the Declaration of Covenants, Conditions and Restrictions recorded February 18, 1994, in Book 940218 as Document No. 01196 and re-recorded March 22, 1994 in Book 940322 as Document No. 00378, Records, excepting from the common area, any residential buildings thereon and any portion thereof which is designated as Exclusive Use Easements.

Parcel Two (2):

Living Unit 23 Lot 4 of Smoke Ranch Villas Condominiums, as shown by map thereof on file in Book 59 of Plats, page 19, and amended by that certain Certificate of Amendment recorded May 18, 1994 in Book 940518 as Document No. 00981, in the Office of the County Recorder of Clark County, Nevada. And Amended Final Map of a Portion of Smoke Ranch Villas Condominiums as shown by map thereof on file in Book 74 of Plats at Page 77, in the office of the County Recorder of Clark County, Nevada.

Parcel (3):

The exclusive right to use, possession and occupancy of those portions of Parcel One (1) described above as Limited Common Areas which are appurtenant to Parcel Two (2) above described.

Parcel (4):

A non-exclusive easement for ingress, egress and recreational use on, over and under the common areas and private streets of Smoke Ranch Villas Condominiums on file in Book 59 of Plats, page 19, and amended by that certain Certificate of Amendment recorded May 18, 1994 in Book 940518 as Document No. 00981, in the Office of the County Recorder of Clark County, Nevada. And Amended Final Map of a Portion of Smoke Ranch Village Condominiums as shown by map thereof on file in Book 74 of Plats at Page 77 all in the office of the Recorder of the County of Clark, Nevada and future Units, which easement is

Order No. 07-19-192825-TH

appurtenant to Parcels One (1), Two (2) and Three (3) described above.

Assessor's Parcel No: 138-13-810-023

ASSESSOR'S COPY

PARKER DRISCOLL APPRAISAL
702-254-0977

6/10

File No. 10-152

13

# APPRAISAL OF



SINGLE FAMILY RESIDENCE

## LOCATED AT:

5401 TASSARA WAY 105
LAS VEGAS, NV 89108-3577

## CLIENT:

Elizabeth
SOBCZAK/CO DAVID M CROSBY, ESQ
711 SOUTH EIGHTH STREET
LAS VEGAS, NV 89101

## AS OF:

March 23, 2010

## BY:

JAMES DRISCOLL
PARKER DRISCOLL APPRAISAL

exh 2

PARKER DRISCOLL APPRAISAL

## Residential Appraisal Report

File No. 10-152

### PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User  SOBCZAK/CO DAVID M CROSBY, ESQ          E-mail CROSBYDM@COX.NET
Client Address  711 SOUTH EIGHTH STREET          City LAS VEGAS          State NV          Zip 89101
Additional Intended User(s)  THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SEE ATTACHED LIMITING CONDITIONS.
Intended Use  THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SEE ATTACHED LIMITING CONDITIONS.

### SUBJECT

Property Address  5401 TASSARA WAY 105          City LAS VEGAS          State NV          Zip 89108-3577
Owner of Public Record  SOBCZAK          County CLARK
Legal Description  SMOKE RANCH VILLAS CONDO PLAT BOOK 59 PAGE 19 UNIT 23 BLDG 4
Assessor's Parcel #  138-13-810-023          Tax Year 2010          R.E. Taxes $ 1,427.15
Neighborhood Name  SMOKE RANCH VILLAS CONDO          Map Reference 33-F6          Census Tract 3417
Property Rights Appraised  [X] Fee Simple   [ ] Leasehold   [ ] Other (describe) N/A

### SALES HISTORY

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:  Date N/A          Price N/A          Source(s) COUNTY RECORDS/MLS
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  THE SUBJECT HAS NOT BEEN LISTED IN THE MLS WITHIN THE PAST TWELVE MONTHS. HAS HAD NO TRANSACTIONS WITHIN THE PAST THREE YEARS. ALL SALES WERE REPORTED CLOSED WITH TYPICAL FINANCING. THE REPORTED SALES CONCESSIONS BEING PAID FOR BY THE SELLER ARE TYPICAL IN THE MARKET PLACE

Offerings, options and contracts as of the effective date of the appraisal   N/A

### NEIGHBORHOOD

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban  [X] Suburban  [ ] Rural | | Property Values | [ ] Increasing  [ ] Stable  [X] Declining | | PRICE | AGE | One-Unit | 80 % |
| Built-Up | [X] Over 75%  [ ] 25-75%  [ ] Under 25% | | Demand/Supply | [ ] Shortage  [ ] In Balance  [X] Over Supply | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth | [ ] Rapid  [X] Stable  [ ] Slow | | Marketing Time | [ ] Under 3 mths  [X] 3-6 mths  [ ] Over 6 mths | | 50 Low | 5 | Multi-Family | 5 % |
| Neighborhood Boundaries  CHEYENNE AVE TO THE NORTH, SMOKE RANCH RD TO THE SOUTH, | | | | | | 400+ High | 60+ | Commercial | 5 % |
| RANCHO DR TO THE EAST, AND JONES BLVD TO THE WEST | | | | | | 110 Pred. | 15-20 | Other VACANT | 5 % |

Neighborhood Description  THE SUBJECT IS LOCATED IN A RESIDENTIAL AREA WHERE THE HOMES ARE REASONABLY COMPATIBLE. STREET PATTERNS ARE GOOD SITES ARE ADEQUATE AND THE SUBJECT IS TYPICAL FOR THE NEIGHBORHOOD. NO NEIGHBORHOOD FACTORS WERE NOTED THAT WOULD ADVERSELY AFFECT THE SUBJECT PROPERTY.

Market Conditions (including support for the above conclusions)  PREVAILING INTEREST RATES ARE RANGING FROM 4.0% TO 10.0%. TYPICALLY SELLERS ARE PAYING FROM 0 TO 3 PERCENT IN THE MARKETING OF THEIR HOMES. MARKET CONDITIONS APPEAR TO BE DECLINING WITH DECLINING PROPERTY VALUES. THIS IS DUE TO REO, SHORT SALES, AND FORECLOSURES WITHIN THE MARKET AREA

### SITE

Dimensions SEE ATTACHED PLAT MAP          Area 6400 SQ FT          Shape IRREGULAR          View TYPICAL
Specific Zoning Classification  R-PD6          Zoning Description RESIDENTIAL PLANNED DEVELOPMENT DISTRICT
Zoning Compliance  [X] Legal   [ ] Legal Nonconforming (Grandfathered Use)   [ ] No Zoning   [ ] Illegal (describe) N/A
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No   If No, describe.  N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [ ] | [X] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE/TYPICAL | [ ] | [ ] |

Site Comments  NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE APPARENT. HOWEVER, MY INSPECTION WAS MADE WITHOUT THE BENEFIT OF A TITLE REPORT OR SURVEY.

### IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION  materials | INTERIOR  materials |
|---|---|---|---|
| Units [X] One  [ ] One w/Acc. unit | [X] Concrete Slab  [ ] Crawl Space | Foundation Walls  CONCRETE/AVG | Floors  N/A |
| # of Stories  ONE | [ ] Full Basement  [ ] Partial Basement | Exterior Walls  FR/STUCCO/AVG | Walls  N/A |
| Type [ ] Det.  [X] Att.  [ ] S-Det./End Unit | Basement Area  0.0000 sq. ft. | Roof Surface  CONC TILE/AVG | Trim/Finish  N/A |
| [X] Existing  [ ] Proposed  [ ] Under Const. | Basement Finish  N/A % | Gutters & Downspouts  NONE | Bath Floor  N/A |
| Design (Style)  1 STORY | [ ] Outside Entry/Exit  [ ] Sump Pump | Window Type  SLIDE/AVG | Bath Wainscot  N/A |
| Year Built 1996 | | Storm Sash/Insulated  NONE | Car Storage  [ ] None |
| Effective Age (Yrs) 5-10 | | Screens  YES/AVG | [ ] Driveway  # of Cars |
| Attic  [ ] None | Heating [X] FWA  [ ] HW  [ ] Radiant | Amenities  [ ] WoodStove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair  [ ] Stairs | [ ] Other  Fuel GAS | [X] Fireplace(s) # 1  [X] Fence C-BLK | [X] Garage  # of Cars 2 |
| [ ] Floor  [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck COVRD  [X] Porch COVERED | [ ] Carport  # of Cars |
| [ ] Finished  [ ] Heated | [ ] Individual  [ ] Other | [ ] Pool  [ ] Other | [X] Att.  [ ] Det.  [ ] Built-in |
| Appliances  [ ] Refrigerator  [ ] Range/Oven | [ ] Dishwasher  [ ] Disposal  [ ] Microwave | [ ] Washer/Dryer  [X] Other (describe) EXTERIOR ONLY | |

Finished area above grade contains:   4 Rooms   2 Bedrooms   2 Bath(s)   1,066 Square Feet of Gross Living Area Above Grade
Additional Features  EXTERIOR INSPECTION ONLY

Comments on the Improvements  THE QUALITY OF CONSTRUCTION AND MATERIALS APPEARS TO BE AVERAGE WITH AVERAGE MAINTENANCE. NO FUNCTIONAL OR EXTERNAL INADEQUACIES NOTED. FURTHER, IT SHOULD BE NOTED THIS IS AN EXTERIOR ONLY APPRAISAL. THE APPRAISER ASSUMES NO LIABILITY FOR FUNCTIONAL INADEQUACIES, DEFECTS, OR CONDITIONS WHICH MAY BE PRESENT BUT NOT OBSERVABLE FROM THE STREET. PLEASE NOTE: THE APPRAISER IS NOT AN EXPERT IN THIS FIELD, IF FURTHER ASSISTANCE IS REQUIRED THE APPRAISER RECOMMENDS AN INSPECTION BY A LICENSED EXPERT IN THE FIELD



PARKER DRISCOLL APPRAISAL
## Residential Appraisal Report

File No. 10-152

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5401 TASSARA WAY 105 LAS VEGAS | 5401 BUGLE WY 106 LAS VEGAS | | 5425 TASSARA WY 101 LAS VEGAS | | 5448 COMCHEC WY 102 LAS VEGAS | |
| Proximity to Subject | | 0.16 miles N | | 0.03 miles W | | 0.12 miles NNW | |
| Sale Price | $ N/A | $ | 53,100 | $ | 60,000 | $ | 85,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 50.62 sq. ft. | | $ 57.20 sq. ft. | | $ 79.74 sq. ft. | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | |
| Verification Source(s) | DOC# | 20100122-03781 | | 20091023-02785 | | 20091006-02502 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | CASH | | CASH | | FHA | |
| Concessions | N/A | NO CONCESS | 0 | SLR PD 3% | 0 | SLR PD 3% | 0 |
| Date of Sale/Time | N/A | 01/22/2010 | -1,062 | 10/23/2009 | -2,400 | 10/06/2009 | -4,250 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6400 SQ FT | 6400 SQ FT | | 6400 SQ FT | | 6400 SQ FT | |
| View | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Design (Style) | 1 STORY/AVG | 1 STORY/AVG | | 1 STORY/AVG | | 1 STORY/AVG | |
| Quality of Construction | STU/TIL/AVG | STU/TIL/AVG | | STU/TIL/AVG | | STU/TIL/AVG | |
| Actual Age | 1996 | 1995 | 0 | 1996 | | 1995 | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 4 / Bdrms 2 / Baths 2 | Total 4 / Bdrms 2 / Baths 2 | | Total 4 / Bdrms 2 / Baths 2 | | Total 4 / Bdrms 2 / Baths 2 | |
| Gross Living Area | 1,066 sq. ft. | 1,049 sq. ft. | 0 | 1,049 sq. ft. | 0 | 1,066 sq. ft. | |
| Basement & Finished Rooms Below Grade | NONE MLS# N/A | NONE MLS# 959342 DOM 276 | REO | NONE MLS# 955590 DOM 98 | SHORT SALE | NONE MLS# 893277 DOM 508 | OPEN MARKET |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/C. REF | FWA/C. REF | | FWA/C. REF | | FWA/C. REF | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | 2-GARAGE | 2-GARAGE | | 2-GARAGE | | 2-GARAGE | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| Net Adjustment (Total) | | [X]- | $ 1,062 | [X]- | $ 2,400 | [X]- | $ 4,250 |
| Adjusted Sale Price of Comparables | | Net Adj. -2.0% Gross Adj. 2.0% | $ 52,038 | Net Adj. -4.0% Gross Adj. 4.0% | $ 57,600 | Net Adj. -5.0% Gross Adj. 5.0% | $ 80,750 |

Summary of Sales Comparison Approach   THE APPRAISER IS LIMITED IN THE SELECTION OF COMPARABLE SALES THAT ARE VERIFIABLE IN THE MARKET PLACE. TYPICAL BUYERS IN THE SUBJECT PRICE RANGE IN THIS LOCALITY WILL CONSIDER AND COMPARE HOMES WITHIN SEVERAL MILES FROM THE SUBJECT PROPERTY. ALL SELECTED COMPARABLES ARE IN THE SUBJECT'S COMPETITIVE MARKET AREA. THE SELECTED SALES WERE THE BEST INDICATORS IN VALUE AND MOST COMPARABLE TO THE SUBJECT.

### COST APPROACH TO VALUE
Site Value Comments   N/A

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW        OPINION OF SITE VALUE ........................... = $
Source of cost data   N/A                                      Dwelling      1,066 Sq. Ft. @ $            ........... = $    0
Quality rating from cost service   N/A    Effective date of cost data   N/A                Sq. Ft. @ $            ........... = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
N/A                                                            Garage/Carport   410   Sq. Ft. @ $            ........... = $    0
                                                               Total Estimate of Cost-New                      ........... = $    0
                                                               Less     Physical     Functional     External
                                                               Depreciation                                      = $ (       0)
                                                               Depreciated Cost of Improvements................  = $    0
                                                               "As-is" Value of Site Improvements...............  = $

                                                               INDICATED VALUE BY COST APPROACH................  = $    0

### INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $         N/A   X Gross Rent Multiplier      N/A   = $          N/A   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   N/A


Indicated Value by: Sales Comparison Approach $ 55,000       Cost Approach (if developed) $ 0       Income Approach (if developed) $ N/A
THE SALES COMPARISON APPROACH PROVIDES THE MOST DEFENSIBLE METHOD OF DETERMINING VALUE FOR SINGLE FAMILY RESIDENTIAL PROPERTIES. THE COST APPROACH HAS NO BEARING ON FINAL CONCLUSION. THE INCOME APPROACH LACKS SUFFICIENT DATA TO JUSTIFY VALUE.

This appraisal is made   [X] "as is,"   [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed   [ ] subject to the following:
THIS IS A GENERAL PURPOSE APPRAISAL REPORT, FORM GPAR1004 EXTERIOR APPRAISAL/SUMMARY REPORT FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT. SEE ATTACHED LIMITING CONDITIONS.
Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $   55,000        as of 03/23/2010                , which is the effective date of this appraisal.



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004_05 08112008

Parker Driscoll Appraisal

PARKER DRISCOLL APPRAISAL
## Residential Appraisal Report

File No. 10-152

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5401 TASSARA WAY 105 LAS VEGAS | 5400 TASSARA WY 102 LAS VEGAS | | | | | |
| Proximity to Subject | | 0.01 miles WSW | | | | | |
| Sale Price | $ N/A | $ 59,999 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 56.28 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | | | | |
| Verification Source(s) | DOC# | PENDING | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | PENDING | | | | | |
| Concessions | N/A | PENDING | | | | | |
| Date of Sale/Time | N/A | PENDING | COMMENT | | | | |
| Location | AVERAGE | AVERAGE | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| Site | 6400 SQ FT | 6400 SQ FT | | | | | |
| View | TYPICAL | TYPICAL | | | | | |
| Design (Style) | 1 STORY/AVG | 1 STORY/AVG | | | | | |
| Quality of Construction | STU/TIL/AVG | STU/TIL/AVG | | | | | |
| Actual Age | 1996 | 1996 | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | |
| Above Grade Room Count | Total 4 Bdrms 2 Baths 2 | Total 4 Bdrms 2 Baths 2 | | Total Bdrms Baths | | Total Bdrms Baths | |
| Gross Living Area | 1,066 sq. ft. | 1,066 sq. ft. | | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | NONE MLS# N/A | NONE MLS# 964247 DOM 280 | SHORT SALE | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | FWA/C. REF | FWA/C. REF | | | | | |
| Energy Efficient Items | AVERAGE | AVERAGE | | | | | |
| Garage/Carport | 2-GARAGE | 2-GARAGE | | | | | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | | | | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0% Gross Adj. 0.0% $ | 59,999 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

Summary of Sales Comparison Approach   SEE ATTACHED ADDENDUM.



File No. 10-152

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
N/A

Additional Certifications:
N/A

Definition of Value:  [X] Market Value    [ ] Other Value:
Source of Definition: FANNIE MAE FORM 1004 MARCH 2005

DEFINITION OF MARKET VALUE
THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.  IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM  SELLER TO BUYER UNDER CONDITIONS WHEREBY: (1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; (2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; (3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; (4) PAYMENT IS MADE IN TERMS OF CASH IN US DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO; AND (5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE  VALUE OF THE SUBJECT PROPERTY, FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT, THERE ARE NO ADDITIONAL INTENDED USERS OF THIS APPRAISAL/SUMMARY REPORT.

ADDRESS OF THE PROPERTY APPRAISED:
5401 TASSARA WAY 105
LAS VEGAS, NV 89108-3577
EFFECTIVE DATE OF THE APPRAISAL: March 23, 2010
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 55,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: JAMES DRISCOLL | Name: |
| State Certification # A.0006362-CR | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: _____ | State: |
| State: NV | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 12/31/2011 | Date of Signature: |
| Date of Signature and Report: 03/29/2010 | Date of Property Viewing: |
| Date of Property Viewing: 03/23/2010 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view |
| [ ] Interior and Exterior   [X] Exterior Only   [ ] Did not personally view | |



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  12/2005
GPARUM_05 08112008

Parker Driscoll Appraisal

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM 13 |
|---|---|---|
| Name of Debtor<br>Elizabeth Sobczak | Case Number<br>10-23759-lbr | *(This space for court use)* |

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>U.S. Bank National Association, as Trustee for GSAA 2007-7 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
|---|---|---|
| Name & address where notices and payments should be sent:<br>Wells Fargo Bank, N.A. as servicer for<br>One Home Campus, MAC ID#X2302-04C<br>Des Moines, IA 50328 | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Account reference by which creditor identifies debtor:<br>5401 Tassara Way<br>Las Vegas, NV 89108<br>Creditor Reference No. xxxxx3846 | Check here if this claim<br>☐ replaces   ☐ amends   a previously filed claim, dated | |

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>X Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (FILL OUT BELOW)<br>Your Social Security # ___-___-___<br>Unpaid compensation for services performed from<br>(date)_____ To _____ (date) |
|---|---|
| 2. Date debt was incurred: January 24, 2007 | 3. If court judgment, date obtained: |

4. Total amount of claim at time case filed: $165,863.12
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>X Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief description of collateral:<br>X Real Estate   ☐ Motor Vehicle<br>☐ Other<br><br>Amount of arrearages and other charges at time case filed included in secured claim, if any:<br><br>$11,122.12*<br><br>* Arrearages, as set forth in Schedule "A" attached. Plus accruing interest, late charges, | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim.<br>Amount entitled to priority $<br>*Specify the priority of the claim:*<br>☐ Wages, salaries, or commissions up to $4,650* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C.§507(a)(3)<br>☐ Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(4)<br>☐ Up to $2,100* of deposits toward purchase, lease or rental of property Or services for personal, family or household use- 11 U.S.C. § 507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507(a)(7)<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)<br>☐ OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim. | *(This space for court use)* |
|---|---|
| Date: July 30, 2010      [signature]<br>VIDE & ASSOCIATES, counsel for creditor | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Exh 3

Elizabeth Sobczak
CASE NO: 10-23759-lbr

## SCHEDULE "A"

PRINCIPAL BALANCE $165,863.12

ARREARAGES

| | |
|---|---|
| 8 Monthly payments@ $1049.31 (12/1/09- 7/1/10) | $8,394.48 |
| Collect Property Inspections | $30.00 |
| Accrued late charges | $373.20 |
| Foreclosure Attorney Fees | $540.00 |
| Foreclosure costs | $1,724.44 |
| Property Preservation | $60.00 |
| TOTAL* | $11,122.12 |

*TOTAL GOOD THROUGH July 22, 2010

***NOTE: THE TOTAL DEBT IS THE SUM OF THE ARREARAGES AND THE PRINCIPAL BALANCE, LESS ANY PORTION OF THE ARREARAGES WHICH UNDER THE TERMS OF THE LOAN WOULD BE APPLIED AS A REDUCTION OF THE PRINCIPAL.

B 10 (Official Form 10) (04/09) Case 10-23759-lbr    Claim 3-1    Filed 09/30/10    Page 1 of 2

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA LAS VEGAS DIVISION | PROOF OF CLAIM |
|---|---|
| Name of Debtor:  Elizabeth R. Sobczak | Case Number: 10-23759-LBR-13 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>U.S. Bank National Association, not in it individual capacity but solely as trustee for the holders of Maiden Lane Asset Backed Securities I Trust 2008-1 | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Nationstar Mortgage<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br>Nationstar Mortgage<br>350 Highland Dr<br>Lewisville, Texas 75067<br><br>Telephone Number: (469) 549-2234 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| 1. **Amount of Claim as of Date Case Filed:**   $14,461.14<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. **Basis for Claim:**  Money Loaned<br>   (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. **Last four digits of any number by which creditor identifies debtor:** xxxxxx3159<br><br>3a. **Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | |
| 4. **Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**   ☒   Real Estate   ☐   Motor Vehicle   ☐   Other: _____<br>**Describe:**  5401 Tassara Way Unit 105, Las Vegas, Nevada 89108<br><br>**Value of Property:** not available      **Annual Interest Rate:**<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $1,380.95  Basis for perfection: Recordation of Lien<br><br>**Amount of Secured Claim:** $14,461.14    **Amount Unsecured** $0.00 | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | **Amount entitled to priority:**<br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:<br>September 28, 2010 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lawrence J. Buckley as Creditor's Authorized Agent<br>972.643.6600 | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
5555-N-7052

Exh 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 10-23759-LBR-13 |
| ELIZABETH R. SOBCZAK | § § | CHAPTER 13 |
| | § § | |
| | § | JUDGE LINDA B. RIEGLE |

### EXHIBIT A

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF NATIONSTAR MORTGAGE
SERVICING AGENT FOR, U.S. BANK NATIONAL ASSOCIATION, NOT IN IT INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF MAIDEN LANE ASSET BACKED SECURITIES I
TRUST 2008-1
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
5401 TASSARA WAY UNIT 105, LAS VEGAS, NEVADA 89108

### SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---:|
| 1. | Total Debt (As of July 22, 2010) | $14,461.14 |
| 2. | Interest rate as of July 22, 2010 | 9.63% |
| 3. | Interest from Last Paid Installment | $843.71 |
| 4. | Detail of arrearage: (through July 22, 2010) | |
| | 7 payments January 2010 through July 2010 @ $178.49 each: | $1,249.43 |
| | Accrued late charges | $53.52 |
| | ** PRE-PETITION ATTORNEY FEES AND COSTS | $0.00 |
| | ** PRIOR BANKRUPTCY FEES AND COSTS | $0.00 |
| | ** POST-PETITION BANKRUPTCY FEES AND COSTS | $0.00 |
| | ** OTHER CHARGES | |
| | Appraisal Fees | $78.00 |
| | **TOTAL ARREARAGE** | **$1,380.95** |

First post-petition monthly payment amount: $178.49. The monthly payment amount may change due to escrow requirements and/or interest rate adjustments, if applicable.

File Number 5555-N-7052 / poc

EXHIBIT A - ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING DOCUMENTS                                                             1