

**Entered on Docket
March 11, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ELIZABETH R. SOBCZAK | Case No. BK-S-10-23759-LBR<br>Chapter 13 |
| Debtor(s). | DATE: April 5, 2011<br>TIME: 1:30 p.m. |

### ORDER SETTING EVIDENTIARY HEARING

Hearings having been held on March 9, 2011 regarding the motion for relief from stay (Docket #22) and the motion to value collateral (Docket #26) and with good cause appearing;

IT IS HEREBY ORDERED that an evidentiary hearing will be held regarding these matters on April 5, 2011 at 1:30 p.m. before Bankruptcy Judge Linda B. Riegle in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Briefs are due by March 29, 2011.

**IT IS SO ORDERED**.

Copies noticed through ECF to:
David M. Crosby
Rick A. Yarnall
Gregory L. Wilde

| | |
|---|---|
| 1 | |
| 2 | Copies noticed through mail to:<br>Kevin S. Soderstrom<br>208 S. Jones Blvd. |
| 3 | Las Vegas, NV 89107 |
| 4 | Troy S. Fox<br>711 S. 8th St. |
| 5 | Las Vegas, NV 89101 |