Entered on Docket
April 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
U.S. Bank National Association, as Trustee for GSAA 2007-7

10-72995

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-23759-lbr |
|---|---|
| Elizabeth Sobczak | Date: 03/09/2011<br>Time: 2:30 pm |
| | Chapter 13 |
| Debtor | |

**STIPULATION AND ORDER WITHDRAWING DEBTOR'S MOTION TO VALUE (5401 TASSARA WAY, LAS VEGAS, NV 89108)(DOCKET #26) AND VACATE THE AUTOMATIC STAY (DOCKET #22)**

COMES NOW, Secured Creditor U.S. Bank National Association, as Trustee for GSAA 2007-7 and Debtor, by and through their respective counsel, and stipulate as follows:

1. The Debtor withdraws her Motion to Value
2. The evidentiary hearing currently set for April 5, 2011 at 1:30 p.m. shall be vacated.
3. The Automatic Stay shall vacate for all purposes as to the property located at 5401 Tassara Way, Las Vegas, NV 89108.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale as long as the discharge has not entered.

Submitted by:

WILDE & ASSOCIATES
By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: _____
David M. Crosby
Attorney for Debtor(s)

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__X__ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or    ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order        ____ disapproved the form of this order

____ waived the right to review the order and/or    __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor